IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MAGDALENE M. SMOTT and
RYAN M. SMOTT,

        Plaintiffs,

    -vs-                           No. 02-CV-159-DRH

MAZDA MOTOR OF AMERICA, INC. and
THE TOKIO MARINE & FIRE INSURANCE
CO., LTD.,

        Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motion to Dismiss.

**IT IS ORDERED AND ADJUDGED** that the Defendants' motion is **GRANTED**. Judgment is entered in favor of Defendants **MAZDA MOTOR OF AMERICA, INC and THE TOKIO MARINE & FIRE INSURANCE CO., LTD.** and against Plaintiffs **MAGDALENE M. SMOTT and RYAN M. SMOTT.**-----------------------------------------------------------------------------

                                                  **SOFRON B. NEDILSKY, CLERK**

November 8th, 2005                      By: s/Patricia Brown
                                                        Deputy Clerk

APPROVED: /s/ David R Herndon
                **U.S. DISTRICT JUDGE**